UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAMES DEMARCO BOGAN,

        Plaintiff,         Case No. 1:19-cv-845

v.         Honorable Paul L. Maloney

BERRIEN COUNTY SHERIFFS
DEPARTMENT et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

Dated:   January 7, 2020                     /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge